266 So.2d 447

Gilbert C. MITCHELL

v.

HEPINSTALL STEEL COMPANY and Truck Service, Inc.

No. 52742.

Sept. 28, 1972.

Writ denied. On the facts found by the Court of Appeal the result is correct.

266 So.2d 447

Franklin B. WHITAKER

v.

STATE of Louisiana, DEPARTMENT OF PUBLIC SAFETY, DRIVER'S LICENSE DIVISION.

No. 52787.

Sept. 28, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.